**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| BRENDA SHANNON, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CASE NO.: 1:11-CV-177 (WLS) |
| | : |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | : |
| | : |
|     Defendant. | : |
| | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed September 12, 2012. (Doc. 13). It is recommended that Plaintiff's Complaint (Doc. 1) be dismissed for failure to prosecute. (Doc. 13). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on September 26, 2012. (*See* Doc. 13 at 2; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this  9th  day of November, 2012.

                                          /s/ W. Louis Sands
                                          **THE HONORABLE W. LOUIS SANDS,
                                          UNITED STATES DISTRICT COURT**